UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civ. No. 1:23-cv-00288-FDW

| | |
|---|---|
| TINA LITTLEJOHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER is before the Court on the Consent Motion to Remand, filed by Defendant. Defendant moves this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing the decision in this case with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose Defendant's motion for remand. For the reasons stated in the Motion, it is GRANTED.

IT IS THEREFORE ORDERED that the Consent Motion to Remand, (Doc. No. 10), is GRANTED. Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The Clerk of Court is respectfully directed to terminate all pending motions and CLOSE THE CASE.

IT IS SO ORDERED.   Signed: April 23, 2024

_____
Frank D. Whitney
United States District Judge